# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON 3/19/2013
Julie A. Richards, Clerk
US District Court
Eastern District of NC

United States of America
v.

Phillip Alphonza Strickland

Case No: 5:07-CR-78-1BO
USM No: 50700-056

Date of Original Judgment: July 1, 2008
Date of Previous Amended Judgment: ___
*(Use Date of Last Amended Judgment if Any)*

Thomas P. McNamara
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[✓] **DENIED.** [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___ months **is reduced to** ___

The amendment is applicable to the defendant, but he was sentenced at the statutory minimum and that minimum did not change as a result of the retroactive amendment.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated July 1, 2008, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 3-19-13

*Judge's signature*

Effective Date: ___
*(if different from order date)*

The Honorable Terrence W. Boyle, U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011